UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>Defendant. | Case No.: 2:24-cv-1469<br><br>**COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, SERVICE MARK INFRINGEMENT, DILUTION, VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT, AND UNJUST ENICHMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff GREEN BUILDERS LLC, a Washington limited liability company, for its complaint against Defendant USA GREEN BUILDERS CORPORATION, a Washington corporation, and hereby alleges as follows:

## THE PARTIES

1. Plaintiff GREEN BUILDERS LLC ("GBLLC" or "Plaintiff") is a limited liability company organized and existing under the laws of the State of Washington having its principal place of business at 24516 SE 246th St., Maple Valley, Washington 98038.



SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

2. Defendant USA GREEN BUILDERS CORPORATION, ("USA Green" or "Defendant") is a corporation organized and existing under the laws of the State of Washington having its principal place of business at 95 S. Tobin St., Renton, Washington 98057.

**JURISDICTION AND VENUE**

3. This is a civil action arising under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and under the statutory and common law of the State of Washington. Subject matter jurisdiction being expressly conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a). This court has pendant jurisdiction over all related claims herein in accordance with 28 U.S.C. § 1338(b).

4. This Court has supplemental jurisdiction over Plaintiff's pendent state law claims pursuant to 28 U.S.C. § 1367 in that the state law claims are integrally interrelated with Plaintiff's federal claims and arise from a common nucleus of operative facts such that the administration of Plaintiff's state law claims with its federal claims furthers the interest of judicial economy.

5. This Court has personal jurisdiction over the Defendant because it is a resident of the King County within the State of Washington, which is located in the Western District of Washington.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that the Defendant is subject to personal jurisdiction in this district, and has committed a significant number of offending acts of service mark infringement and unfair competition in this judicial district.

**FACTS COMMON TO ALL COUNTS**

7. This is an action for damages and injunctive relief resulting from the infringement of Plaintiff's service mark and unfair competition, pursuant to 15 U.S.C. § 1051, et seq., the Washington State trademark imitation statute, RCW 19.77.140, the Washington state trademark dilution statute, RCW 19.77.160, the Washington Consumer Protection Act, RCW 19.86.020, and the common law.

///



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

8. For over eight (8) years, since March of 2016, Plaintiff has been providing residential building construction, remodeling and repair services under the trade name and service mark GREEN BUILDERS LLC in the Maple Valley area of King County, Washington. Plaintiff has become well known over this time period for its building construction, remodeling and repair services. Plaintiff has expended considerable time, money and effort in the advertising and promotion of its building construction, remodeling and repair services under the trade name and service mark GREEN BUILDERS LLC, and has developed considerable goodwill and notoriety in the community for its services under this mark. The mark GREEN BUILDERS LLC is the subject of a Washington State Trademark Registration, No. 1083001, a copy of which is attached hereto as **Exhibit A** and incorporated herein by this reference.

9. Beginning in 2022, Plaintiff began receiving occasional unexplained negative on-line reviews. Over time, the negative reviews increased leading Plaintiff to investigate. Thereafter, in or around January 2024, Plaintiff discovered that the negative on-line reviews were being posted by persons having bad experiences with services provided by Defendant USA Green.

10. On information and belief, Defendant USA Green is in the business of providing residential building construction, remodeling and repair services under the designation USA GREEN BUILDERS. A copy of a page from Defendant's web site (https://www.usagreenbuilders.com/) is attached hereto as **Exhibit B** and incorporated herein by this reference. This activity has led to consumer confusion with respect to Plaintiff's services, and to consumer confusion with respect to the origin, sponsorship and/or approval of Plaintiff's and Defendant's services.

11. On or about May 7, 2024, Plaintiff sent a cease-and-desist letter to Defendant USA Green demanding that it discontinue using the confusingly similar designation USA GREEN BUILDERS. A copy of this letter is attached hereto as **Exhibit C** and incorporated herein by this reference. The letter was ignored, and Defendant has continued to operate its business using the designation USA GREEN BUILDERS.

12. On or about June 20, 2024, Plaintiff sent a second cease-and-desist letter to Defendant USA Green demanding that it discontinue using the confusingly similar designation USA GREEN BUILDERS. A copy of this letter is attached hereto as **Exhibit D** and incorporated herein by this reference. The letter was also ignored, and Defendant has continued to operate its business using the designation USA GREEN BUILDERS.

13. Upon information and belief, Defendant is likely to expand its willful and unauthorized use of the name and mark USA GREEN BUILDERS, and, unless restrained by this court, will continue to unfairly compete with Plaintiff by use of the name and mark USA GREEN BUILDERS by the advertising, marketing and offering of residential building construction, remodeling and repair services.

14. Plaintiff's rights in the name and mark GREEN BUILDERS LLC is superior to Defendants' rights, if any, in the designation USA GREEN BUILDERS. Defendant's USA GREEN BUILDERS designation is a colorable imitation of Plaintiff's name and mark GREEN BUILDERS LLC. Defendant is using the designation USA GREEN BUILDERS in interstate commerce in connection with the advertising, marketing and offering of residential building construction, remodeling and repair services willfully with full knowledge of Plaintiff's rights in the name and mark GREEN BUILDERS LLC. As such, Defendant's use of the designation USA GREEN BUILDERS is likely to cause, and has caused, confusion, mistake, or deception among consumers as to the source, quality, and nature of Plaintiff's services.

## COUNT 1

## FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION

## (15 U.S.C. § 1125(a))

15. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 14, inclusive, above as though the same were fully set forth herein.

16. Defendant has deliberately and willfully attempted to trade on Plaintiff's longstanding and hard-earned goodwill in its name and mark GREEN BUILDERS LLC, and the reputation established by Plaintiff in connection with its services, as well as in order to confuse

consumers as to the origin and sponsorship of Defendant's services, and to pass off its services in commerce as those of Plaintiff.

17. Defendant's unauthorized and tortious conduct has also deprived and will continue to deprive Plaintiff of the ability to control the consumer perception of its and services offered under its name and mark GREEN BUILDERS LLC, placing the valuable reputation and goodwill of Plaintiff in the hands of Defendant.

18. Defendant's conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendant and its services with Plaintiff, and as to the origin, sponsorship or approval of Defendant and its services, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

19. Defendant has had direct and full knowledge of Plaintiff's prior use of and rights in its name and mark GREEN BUILDERS LLC before the acts complained of herein. The knowing, intentional and willful nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117.

20. As a result of Defendant's aforesaid conduct, Plaintiff has suffered commercial damage, as well as the continuing loss of the goodwill and reputation established by Plaintiff in its name and mark GREEN BUILDERS LLC. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Plaintiff has no adequate remedy at law. Plaintiff will continue to suffer irreparable harm unless this Court enjoins Defendant's conduct.

**COUNT 2**

**SERVICE MARK INFRINGEMENT**

**(RCW 19.77.140)**

21. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 20, inclusive, above as though the same were fully set forth herein.

22. Upon information and belief, Defendant has knowingly, willfully and intentionally created, advertised, promoted, displayed, offered for sale and/or sold residential



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

building construction, remodeling and repair services under identical, nearly identical and/or confusingly similar copies of Plaintiff's mark GREEN BUILDERS LLC.

23. Defendant's use of the USA GREEN BUILDERS designation, which is confusingly similar to Plaintiff's mark GREEN BUILDERS LLC, has and is likely to continue to cause confusion and mistake. Such use by Defendant of the infringing mark USA GREEN BUILDERS deceives, and is likely to deceive others into believing that Defendant's services and actions are sponsored by, approved by, or affiliated with Plaintiff constituting trademark infringement in violation of RCW 19.77.140.

24. Plaintiff has been and continues to be damaged in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendant has damaged and will continue to damage Plaintiff's right, reputation, and goodwill. Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

25. Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial.

**COUNT 3**

**TRADEMARK DILUTION**

**(RCW 19.77.160)**

26. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 25, inclusive, above as though the same were fully set forth herein.

27. The GREEN BUILDERS LLC mark as used in connection with Plaintiff's services has become famous in the relevant marketplace in Washington through Plaintiff's many years of substantially exclusive and continuous use. Plaintiff's sales and promotion of services under the mark have been substantial and extensive.

28. Defendants' unauthorized use of USA GREEN BUILDERS causes dilution of the distinctive quality of the GREEN BUILDERS LLC mark in violation of RCW 19.77.160.

///



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

29. Upon information and belief, Defendant willfully intended to trade on Plaintiff's reputation and cause the dilution of Plaintiff's trademark and service mark rights.

30. Plaintiff has been, and will continue to be damaged as a result of Defendant's dilution of its GREEN BUILDERS LLC mark and Plaintiff's service mark rights in a manner and amount to be proven at trial and that cannot be fully measured or compensated in economic terms. Defendant's actions have damaged and will continue to damage, Plaintiff's business, market, reputation, and goodwill, and may discourage current and potential customers from dealing with Plaintiff. Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

31. Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial.

**COUNT 4**

**INFRINGEMENT OF SERVICE MARK**

**AND UNFAIR COMPETITION UNDER COMMON LAW**

32. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 31, inclusive, above as though the same were fully set forth herein.

33. On information and belief, Defendants' USA GREEN BUILDERS designation was adopted with full knowledge of Plaintiff's common law rights in the mark GREEN BUILDERS LLC for the purpose of trading upon the goodwill associated with Plaintiff's mark, and to obtain recognition and demand for its services that it otherwise would not have had. Defendant's unauthorized use of the designation USA GREEN BUILDERS is likely to cause confusion and mistake in the mind of the purchasing public and, thus, constitutes infringement of Plaintiff's rights, and unfair competition all in violation of Plaintiff's common law rights under the laws of the State of Washington.

34. On information and belief, Defendant's acts of infringement and unfair competition are deliberate and willful. Plaintiff is entitled to recover from Defendant the actual damages that it sustained and/or is likely to sustain as a result of Defendant's wrongful acts. Plaintiff is presently



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by reason of Defendant's acts of service mark infringement and unfair competition.

35. Plaintiff is further entitled to recover from Defendant the gains, profits, and advantages that Defendant has obtained as a result of its wrongful acts. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that Defendant has realized by reason of its acts of service mark infringement and unfair competition.

36. Defendant's aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

**COUNT 5**

**VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT**

**(RCW 19.77.160)**

37. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 36, inclusive, above as though the same were fully set forth herein.

38. The use by Defendant of the infringing mark USA GREEN BUILDERS infringes Plaintiff's mark GREEN BUILDERS LLC and constitutes an unfair method of competition in business and an unfair trade practice in business, as well as fraudulent representation, which are damaging to the public interest in violation of the Washington Consumer Protection Act, RCW 19.86.020.

39. The use by Defendant of a mark that infringes Plaintiff's mark in connection with residential building construction, remodeling and repair services has been knowing, willful, and deliberate.

40. Plaintiff has been and will continue to be irreparably injured by reason of Defendant's unfair methods of competition and unfair trade practices in violation of the Washington Consumer Protection Act. Such irreparable injury will continue unless the acts of Defendant are enjoined during the pendency of this action and thereafter.



LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402



Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545

41. Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial.

**COUNT 6**

**UNJUST ENRICHMENT UNDER COMMON LAW**

42. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 41, inclusive, above as though the same were fully set forth herein.

43. By virtue of Defendant's wrongful acts described above, Defendant has been unjustly enriched in an amount to be proven at trial.

44. Defendant's retention of monies gained through its deceptive business practices, infringements, and otherwise would serve to unjustly enrich Defendants and would be contrary to the interests of justice.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this court enter judgment in its favor and grant the following alternative and cumulative relief:

1. **Accounting.** That Defendant be required to account to Plaintiff for all profits and damages resulting from Defendant's unlawful activities.

2. **Injunctive Relief.** That a temporary restraining order, preliminary and permanent injunction be issued enjoining Defendant and its agents, servants, employees, and attorneys and those in active concert or participation with it, from and in any way:

a. Using the designations USA GREEN BUILDERS or GREEN BUILDERS, or any colorable imitation thereof in any manner in connection with residential building construction, remodeling and repair services, including advertising and promoting such services; or using Plaintiff's GREEN BUILDERS LLC mark, or any reproduction, counterfeit, copy or colorable imitation thereof in any manner in connection with the providing of residential building construction, remodeling and repair services, including advertising and promoting such services;



SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

b. Using any logo, trade name, trademark, or service mark which may be calculated to falsely represent, or which has the effect of falsely representing, that the goods and services of Defendant or of third parties as sponsored by, authorized by, or in any way associated with Plaintiff;

c. Representing itself as being connected with, sponsored by, or in any way associated with Plaintiff, or engaging in any act that is likely to cause the trade, service providers, and/or members of the consuming public to believe that Defendant is associated with Plaintiff;

d. Performing any acts of false deception and representation and false designation of origin, any acts of unfair competition and unfair business practices, including the marketing, promotion and sale of residential building construction, remodeling and repair services in a manner that is likely to cause confusion, to cause mistake, or deceive, including the use of USA GREEN BUILDERS, or GREEN BUILDERS or any other mark that is confusingly similar to Plaintiff's marks;

e. Otherwise infringing Plaintiff's common law service marks, or otherwise unfairly competing with Plaintiff;

f. Destroying, altering, disposing of, concealing, tampering with, or in any manner secreting any and all business records, invoices, correspondence, books of account, receipts, or other documentation relating or referring in any manner to the advertising, receiving, acquisition, sale or offer for sale, or distribution of residential building construction, remodeling and repair services bearing Plaintiff's service mark or any colorable imitation thereof; and

g. That Defendant be required to deliver up to Plaintiff for destruction all literature, labels, advertising and other materials of an infringing, false misleading or unfair nature in Defendant's possession or control and all plates, molds, matrices and other means of making the same; and



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

h. That Defendant be required to file with the Court and serve on Plaintiff an affidavit setting forth in detail the manner and form in which Defendant has complied with the terms of any injunction entered by this Court.

3. **Damages.** That Plaintiff be awarded damages against Defendant as follows:

a. Plaintiff's actual damages and Defendant's profits pursuant to 15 U.S.C. section 1117(a) in an amount presently unknown subject to proof at trial, together with interest, sufficient to compensate Plaintiff for service mark infringement, as the Court may deem just and proper; and

b. For three times such profits or damages as provided under 15 U.S.C. section 1117(b); and

c. Compensatory and other damages pursuant to state law, and that such damages be trebled as provided by RCW 19.86.090.

4. **Restitution, Disgorgement**. For disgorgement of Defendant's ill-gotten gains resulting from its unlawful activities and restitution of Defendant's ill-gotten gains to Plaintiff.

5. **Constructive Trust.** For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendant's possession which rightfully belong to Plaintiff.

6. **Attorneys' Fees and Costs**. That Plaintiff have and receive its costs in this action, including an award of reasonable attorney fees pursuant to 15 U.S.C. section 1117 and Federal Rules of Civil Procedure 54(d), and as provided by RCW 19.86.090.

7. **Interest.** That Defendant be ordered to pay Plaintiff prejudgment and post judgment interest on all sums allowable by law.

///

///



LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

8. **Other.** For such other and further relief as the court deems just and proper.

Dated: September 14, 2024

Respectfully Submitted,

By /*Mark D. Miller*/
MARK D. MILLER, WSBA No. 55926
SIERRA IP LAW, PC
A Professional Corporation
1201 Pacific Ave., Ste 600
Tacoma, WA 98402
Phone: (253) 345-1545
E-mail: mmiller@sierraiplaw.com

Attorneys for Plaintiff,
*Green Builders LLC*

**DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment to the Constitution of the United States, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: September 14, 2024

Respectfully Submitted,

By *\/Mark D. Miller/*

MARK D. MILLER, WSBA No. 55926
SIERRA IP LAW, PC
A Professional Corporation
1201 Pacific Ave., Ste 600
Tacoma, WA 98402
Phone: (253) 345-1545
E-mail: mmiller@sierraiplaw.com

Attorneys for Plaintiff,
*Green Builders LLC*

# EXHIBIT A





SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

I, **STEVE R. HOBBS**, Secretary of State of the State of Washington and custodian of its seal, hereby issue this certificate that according to records on file in this office, trademark:

**GREEN BUILDERS LLC**

registered in the State of Washington to

GREEN BUILDERS LLC

with home jurisdiction of (if any) WASHINGTON and business address of (if any) 24516 SE 246TH ST, MAPLE VALLEY, WA 98038-8216, USA

I certify that such trademark with registration # 1083001 was issued on 05/06/2024 and will expire on 05/06/2029.

I further certify that the classification number(s) of the trademark is/are 37 and the actual goods or services with which the trademark is used are: 37 - Construction & Repair.

The date the trademark was first used anywhere is 03/31/2016 and the date the trademark was first used in Washington is 03/31/2016.

Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Steve R. Hobbs, Secretary of State

Date Issued: 05/06/2024





SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

# EXHIBIT B



LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402



Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545






LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402



Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545

# EXHIBIT C



LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402



Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545

LAW OFFICE
**SIERRA IP LAW, PC**
*A Professional Corporation*

PATENTS, TRADEMARKS & COPYRIGHTS ®

MAILING ADDRESS:
1201 PACIFIC AVE., STE. 600
TACOMA, WASHINGTON 98402

TELEPHONE: (253) 345-1545
FACSIMILE: (559) 436-4800

WWW.SIERRAIPLAW.COM

MARK D. MILLER, ESQ.

MMILLER@SIERRAIPLAW.COM
DIRECT: 559-436-3819

FILE: 14402.04

May 7, 2024

**Via Priority Mail**
**Via E-mail:** info@usagreenbuilders.com

USA Green Builders Corporation
Attn: Tom Zivyon
95 S. Tobin St., Suite 203
Renton, Washington 98057-5324

Re: Trade Name / Service Mark Infringement
GREEN BUILDERS LLC

Dear Mr. Zivyon:

This office represents Green Builders, LLC which does business as GREEN BUILDERS LLC ("GBLLC") in the Maple Valley area of King County, Washington. GBLLC has been providing residential and remodeling, construction and repair services in the Maple Valley area since 2016. GBLLC has become well known over the last several years for these high-quality services. GBLLC has therefore developed significant goodwill in its GREEN BUILDERS LLC trade name and service mark. GREEN BUILDERS LLC is the subject of a Washington State Trademark, Registration No. 1083001, a copy of which is enclosed.

GBLLC has begun to receive negative reviews, has received complaints from your customers, and has experienced confusion among its own customers, as a result of your unauthorized advertising and promotion of residential and remodeling, construction and repair services under the name USA GREEN BUILDERS in nearby Renton, Washington. These unauthorized activities constitute an infringement of GBLLC's trade name and service mark under state and federal law (RCW § 19.77.140 and 15 U.S.C. § 1114), as well as unfair competition under the Washington Consumer Protection Act (RCW § 19.86.090) and the federal Lanham Act (15 U.S.C. § 1125), because it is likely to cause confusion, *and has caused confusion*, mistake and/or deception with respect to the goods and services provided by GBLLC. It is also likely to cause confusion as to the origin, sponsorship and/or approval of the goods, services and commercial activities of GBLLC.

USA Green Builders Corporation
Attn: Tom Zivyon
May 7, 2024

Demand is hereby made that you immediately cease and desist any and all use of the words GREEN BUILDERS on or in connection with any marketing or sales of any residential and remodeling, construction and repair services, including removal of the words GREEN BUILDERS from any and all of your advertising, business signs, business cards, brochures, literature, web site, social media, Facebook page or other on-line or social media channels.

If we do not receive a satisfactory response from you within fourteen (14) days of the date of this letter, GBLLC will be left with no alternative but to initiate formal legal proceedings against you including the filing of a complaint seeking injunctive relief and damages, without further notice.

This letter is not intended to be an exhaustive identification of GBLLC's rights, remedies and defenses, all of which are expressly reserved.

Sincerely,

SIERRA IP LAW, PC
A Professional Corporation

By: */ Mark D. Miller /*
Mark D. Miller

/mdm
Enclosure
cc: GBLLC





LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402



Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545

# EXHIBIT D



SIERRA IP LAW, PC
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
(253) 345-1545

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
1201 PACIFIC AVENUE
SUITE 600
TACOMA, WA 98402

LAW OFFICE
**SIERRA IP LAW, PC**
*A Professional Corporation*

PATENTS, TRADEMARKS & COPYRIGHTS
®

MAILING ADDRESS:
1201 PACIFIC AVE., STE. 600
TACOMA, WASHINGTON 98402

TELEPHONE: (253) 345-1545
FACSIMILE: (559) 436-4800

WWW.SIERRAIPLAW.COM

MARK D. MILLER, ESQ.

MMILLER@SIERRAIPLAW.COM
DIRECT: 559-436-3819

FILE: 14402.04

June 20, 2024

**Via Priority Mail**
**Via E-mail: info@usagreenbuilders.com**

USA Green Builders Corporation
Attn: Tom Zivyon
95 S. Tobin St., Suite 203
Renton, Washington 98057-5324

Re: Trade Name / Service Mark Infringement
GREEN BUILDERS LLC

Dear Mr. Zivyon:

This is a follow-up to my letter of May 7, 2024, sent on behalf of my client, Green Builders, LLC. We have confirmation that my May 7 letter was delivered, but you have not responded. A copy of the earlier letter is enclosed.

My client does business as GREEN BUILDERS LLC ("GBLLC") in the Maple Valley area of King County, Washington. GBLLC has been providing residential and remodeling, construction and repair services in the Maple Valley area since 2016 and has become well known over the last several years for these high-quality services.

Your unauthorized advertising and promotion of residential construction and repair services under the name USA GREEN BUILDERS in nearby Renton, Washington constitutes an infringement of GBLLC's trade name and service mark under state and federal law (RCW § 19.77.140 and 15 U.S.C. § 1114), as well as unfair competition under the Washington Consumer Protection Act (RCW § 19.86.090) and the federal Lanham Act (15 U.S.C. § 1125), because it is likely to cause confusion, *and has caused confusion*, mistake and/or deception with respect to the goods and services provided by GBLLC. It is also likely to cause confusion as to the origin, sponsorship and/or approval of the goods, services and commercial activities of GBLLC.

USA Green Builders Corporation
Attn: Tom Zivyon
June 20, 2024

My client hereby renews its demand that you immediately cease and desist any and all use of the words GREEN BUILDERS on or in connection with any marketing or sales of any residential and remodeling, construction and repair services, including removal of the words GREEN BUILDERS from any and all of your advertising, business signs, business cards, brochures, literature, web site, social media, Facebook page or other on-line or social media channels.

The purpose of this letter is to give you one last opportunity to resolve this matter without litigation. If we do not receive a satisfactory response from you within fourteen (14) days of the date of this letter, my office has been authorized to file the enclosed complaint seeking injunctive relief and damages, without further notice.

Please give this matter your immediate attention.

This letter is not intended to be an exhaustive identification of GBLLC's rights, remedies and defenses, all of which are expressly reserved.

Sincerely,

SIERRA IP LAW, PC
A Professional Corporation

By: ___/ *Mark D. Miller* /________
Mark D. Miller

/mdm
Enclosures
cc: GBLLC









Sierra IP Law, PC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
(253) 345-1545