**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br>*Plaintiff,*<br>v.<br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br>**DISCLOSURE OF INTERESTED PARTIES AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF GREEN BUILDERS LLC** |

The undersigned, counsel of record for Plaintiff GREEN BUILDERS LLC ("Plaintiff"), certifies that there are no further known persons, associations of persons, firms, partnerships, or corporations associated with the Plaintiff that may have a pecuniary interest in the outcome of the present case.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Plaintiff that the following corporate interests are disclosed:

1. GREEN BUILDERS LLC has no parent company and there is no publicly held corporation that owns ten percent or more of GREEN BUILDERS LLC.


SIERRA IP LAW
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402
PHONE: (253) 345-1545

Dated: September 19, 2024

SIERRA IP LAW, PC
A Professional Corporation

By *s/Mark D. Miller*
MARK D. MILLER, WSBA No. 55926
Attorneys for Plaintiff,
*Green Builders LLC*

Sierra IP Law, PC
A Professional Corporation
1201 Pacific Ave., Ste 600
Tacoma, WA 98402
Phone: (253) 345-1545
E-mail: mmiller@sierraiplaw.com