Civil Action No. **2:24-cv-01469**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **USA Green Builders Corporation**
was recieved by me on **9/23/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **white lady**, who is designated by law to accept service of process on behalf of **USA Green Builders Corporation** at **95 S Tobin St Ste 203, Renton, WA 98057** on **10/02/2024 at 2:46 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 10/10/2024

*Server's signature*

**Jonathan Burns**
*Printed name and title*

**21721 E Terra LN SE**
**Yelm, WA 98597**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, SERVICE MARK INFRINGEMENT, DILUTION, VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT, AND UNJUST ENRICHMENT; SUMMONS; CIVIL COVER SHEET; DISCOVERY Order, to white lady who identified themselves as the employee with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 200-240 lbs.**