AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-1469

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA GREEN BUILDERS CORPORATION was received by me on *(date)* November 21st, 2024 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tom Zivyon, as Owner , who is designated by law to accept service of process on behalf of *(name of organization)* USA Green Builders Corporation on *(date)* November 25th, 2024 or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 10.00 for travel and $ 65.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: November 26th, 2024

*Server's signature*

David Adamov

*Printed name and title*

Pierce County Process Server Reg. # 31298

1600 SW Dash Point Rd #b-83
Federal Way, Washington 98023

*Server's address*

Additional information regarding attempted service, etc:

At the time of the service, subject confirmed his identity and took the documents into his hands willingly. He then was notified of the nature of documents being served.

Served at: 12:27pm
Location: 95 S. Tobin Street, Ste. 203 Renton, WA 98057-5324
Description of Person Served: brown-skin male, approximately 33yrs. of age, about 6'0" tall, weighs about 200pnds, has black hair, and has a black beard.

ALSO SERVED: COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, SERVICE MARK INFRINGEMENT, DILUTION, VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT, AND UNJUST ENICHMENT (DEMAND FOR JURY TRIAL); CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; MINUTE ORDER REGARDING DISCOVERY AND DEPOSITIONS; DISCLOSURE OF INTERESTED PARTIES AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF GREEN BUILDERS LLC