**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br><br>**DECLARATION OF DANIEL GREEN IN SUPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**NOTICE ON MOTION CALENDAR MARCH 31, 2025** |

I, Daniel Green, declare:

1. I am an owner and the president of Green Builders LLC, the Plaintiff herein, a Washington limited liability company which has a business address of 24516 SE 246th Street, in Maple Valley, King County, Washington. Green Builders LLC was established in March 2016, and is a licensed contractor in the State of Washington. Since 2016, Green Builders LLC has been in the business of providing residential and commercial building construction, remodeling and repair services. Green Builders LLC has expended considerable time, money and effort in the advertising and promotion of its building construction, remodeling and repair services under

///

the trade name and service mark GREEN BUILDERS LLC for the past 8 years, including but not limited to our web site at https://www.greenbuildersllc.com/.

2. Beginning in 2022, our business began receiving occasional unexplained negative on-line reviews. At first, I suspected that these were simple mistakes and was not overly concerned. However, over the course of the next two years, the negative reviews increased. Then, in February 2024, we received a negative review on our web site, set forth below, referring to unwanted solicitations to perform remodeling projects being made by a company identifying itself as simply "Green Builders":




This negative review led me to do some investigating, and I discovered that the negative on-line reviews were being posted by persons having had negative experiences with another entity called USA Green Builders Corporation, the Defendant herein.

3. Attached hereto as **Exhibit A** and incorporated herein by this reference is a printout of the web site for Defendant USA Green Builders Corporation downloaded on June 12,

2024 (https://www.usagreenbuilders.com/). The banner at the top of this web site includes the words "USA Green Builders". The web site describes the Defendant as a "builder, serving as a general contractor in the King County area and surrounding Counties". The services by the Defendant are the same as and are in direct competition with the services provided by my business, Plaintiff Green Builders LLC. Although the web site of the Defendant Corporation indicates that they have been in business since 2006, the records at the Washington Secretary of State (attached hereto as **Exhibit B** and incorporated herein by this reference) show that the Defendant corporation was not formed until 2020. Similarly, according to the WHOIS database of domain names (attached hereto as **Exhibit C** and incorporated herein by this reference), the above web site was not created until 2020. These dates are at least four years after Plaintiff Green Builders LLC was formed and went into business (in 2016).

4. The confusion caused by the similarity in business names has resulted in negative reviews such as the one above, resulting in injury to the goodwill and business reputation of Green Builders LLC.

5. As a result of this confusion, I instructed our attorney to obtain a Washington service mark registration for GREEN BUILDERS LLC, a copy of which is attached hereto as **Exhibit D** and incorporated herein by this reference. I then instructed my attorney to send cease-and-desist letters to USA Green Builders. Having received no reply to the letters, I instructed our attorney to file the present lawsuit.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 31st day of March, 2025 at Maple Valley, Washington.

/ [signature] /
DANIEL GREEN