# EXHIBIT A

Call (855) 934-0203 ×

95 S Tobin St #203, Renton, WA 98057
info@usagreenbuilders.com

License No#: USAGRGB808CC Contact Us

USA GREEN BUILDERS

01 Home
02 About
03 Services
04 Media
05 Financing
06 Testimonials
07 News
08 Contact

Call for support
(855) 934-0203

# SEATTLE BUILDERS

# Build Things Differently



We are a second generation family-owned and operated construction and remodeling company in business since 2006. To this day we continue to maintain the “client-first”

approach that has helped us flourish. We insist on bringing integrity, honesty, and transparency to every project, every time.

Get Quote

PREV 2 / 3 NEXT



OUR STORY

# Honesty, Reliability, and Superior Craftsmanship.

USA Green Builders is a second-generation builder, serving as a general contractor in the King County area and surrounding Counties. Licensed by the Washington State Board, we understand the importance of completing each and every construction project with 100%

customer satisfaction, without any surprises or disappointments.

Learn More

2k+
Projects completed

20+
Years of experience

HomeAdvisor TOP RATED

ABOUT COMPANY

## Services we provide

If you are looking for a local Seattle builder – a licensed, local contractor for any construction or home remodeling or commercial project in Bellevue, King County, Snohomish County, Seattle, or any of the surrounding areas in the state of Washington, you can rely on us and our quality of work. If you have any questions or need any advice, don't hesitate to send us your request today.



Architectural Design



Bathroom Remodel

Need more services based on your demand? **Contact us ↗**

Experienced since 2006, USA Green Builders has steadily grown from a family owned remodeling company in Seattle, WA into a well trusted and highly recommended construction Company. Today, we continue to maintain the client-first approach that has helped us flourish, and insist on bringing integrity, honesty, and transparency to every job, every time. Learn more about our Seattle builder services

## Information

- Architectural Design
- Bathroom Remodel
- Construction
- Electrical
- Emergency Plumbing
- Foundation & Concrete
- Interior & Exterior Painting
- Kitchen Remodel
- Roofing

## Contact Us

95 S Tobin St #203, Renton, WA 98057

(855) 934-0203

info@usagreenbuilders.com

©All rights reserved by
USA Green Builders.

Enter your email

# EXHIBIT B

# Corporations and Charities Filing System

## Business Information

### BUSINESS INFORMATION

Business Name:

USA GREEN BUILDERS CORPORATION

UBI Number:

604 563 370

Business Type:

WA PROFIT CORPORATION

Business Status:

ACTIVE

Principal Office Street Address:

95 S TOBIN ST, RENTON, WA, 98057-5324, UNITED STATES

Principal Office Mailing Address:

95 S TOBIN ST, RENTON, WA, 98057-5324, UNITED STATES

Expiration Date:

01/31/2025

Jurisdiction:

UNITED STATES, WASHINGTON

Formation/ Registration Date:

01/28/2020

Period of Duration:

PERPETUAL

Inactive Date:

Nature of Business:

CONSTRUCTION

## REGISTERED AGENT INFORMATION

Registered Agent Name:

SECRETARY

Street Address:

95 S TOBIN ST, 203, RENTON, WA, 98057-5324, UNITED STATES

Mailing Address:

95 S TOBIN ST, 203, RENTON, WA, 98057-5324, UNITED STATES

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | TOM | ZIVYON |

Back

Filing History Name History Print Return to Business Search

# EXHIBIT C

GoDaddy

# Search the WHOIS Database

usagreenbuilders.com

Search

## WHOIS search results

Domain Name: USAGREENBUILDERS.COM
Registry Domain ID: 2481556039_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wix.com
Registrar URL: http://www.wix.com
Updated Date: 2023-12-18T20:00:57Z
Creation Date: 2020-01-17T19:55:48Z
Registry Expiry Date: 2025-01-17T19:55:48Z
Registrar: Wix.com Ltd.
Registrar IANA ID: 3817
Registrar Abuse Contact Email: domain-abuse@wix.com
Registrar Abuse Contact Phone: +14154291173
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Name Server: NS2.WIXDNS.NET
Name Server: NS3.WIXDNS.NET
DNSSEC: unsigned


## Find your Domain

Find your perfect domain




**Take a look at these alternate options**

usagreenbuilder.com $0.01 ~~$21.99~~ 1st yr only with 3 yr term

URL of the ICANN Whois Inaccuracy Complaint Form:
https://www.icann.org/wicf/
>>> Last update of whois database: 2024-06-12T22:53:03Z <<<
For more information on Whois status codes, please visit
https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only

usagreen.builders $49.99/yr

usagreenbuilders.net $0.01 ~~$24.99~~ 1st yr only with 3 yr term

usagreenbuilders.info $3.99 ~~$34.99~~ for first year

usagreen-builders.com $0.01 ~~$21.99~~ 1st yr only with 3 yr term

for lawful purposes and that under no circumstances will you use this
Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail,
telephone,
or facsimile; or (2) enable high volume, automated, electronic
processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not
to
use electronic processes that are automated and high-volume to
access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the
right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability. VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

We love taking your call.
GoDaddy guides

# Get our newsletter, join the community:

Email Address

SIGN UP

## About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

## Help Center

Help Center

Community

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Products

Renewals & Billing

Create Account

## Shopping

Buy a Domain

Websites

WordPress

Hosting

Web Security

Business Email

Phone Numbers

United States - English USD

GoDaddy

Legal Privacy Policy Advertising Preferences Cookies

Do not sell my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

# EXHIBIT D

UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

**I, STEVE R. HOBBS**, Secretary of State of the State of Washington and custodian of its seal, hereby issue this certificate that according to records on file in this office, trademark:

**GREEN BUILDERS LLC**

registered in the State of Washington to

GREEN BUILDERS LLC

with home jurisdiction of (if any) WASHINGTON and business address of (if any) 24516 SE 246TH ST, MAPLE VALLEY, WA 98038-8216, USA

I certify that such trademark with registration # 1083001 was issued on 05/06/2024 and will expire on 05/06/2029.

I further certify that the classification number(s) of the trademark is/are 37 and the actual goods or services with which the trademark is used are: 37 - Construction & Repair.

The date the trademark was first used anywhere is 03/31/2016 and the date the trademark was first used in Washington is 03/31/2016.

Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Steve R. Hobbs, Secretary of State

Date Issued: 05/06/2024