UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br><br>**DECLARATION OF MARK D. MILLER IN SUPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**NOTICE ON MOTION CALENDAR MARCH 31, 2025** |

I, Mark D. Miller, declare:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of Washington and before this District, and am a member of the law firm of Sierra IP Law, PC, attorneys for Green Builders LLC, the Plaintiff herein.

2. On or about May 7, 2024, on behalf of Plaintiff Green Builders LLC, I sent a cease-and-desist letter to Defendant USA Green Builders Corporation. A copy of the letter is attached hereto as **Exhibit A** and incorporated herein by this reference. The letter was sent via US Priority Mail through the US Postal Service (USPS), with tracking number 9405511206204155248882. According to the USPS web site, the letter was delivered on May

10, 2024. A copy of the USPS confirmation of delivery is attached hereto as **Exhibit B** and incorporated herein by this reference. I received no response to this letter.

2. Having received no response to the May 7 letter (Exhibit A), on June 20, 2024, on behalf of Plaintiff Green Builders LLC, I sent a second letter to Defendant USA Green Builders Corporation. A copy of the letter is attached hereto as **Exhibit C** and incorporated herein by this reference. The letter was also sent via US Priority Mail through the US Postal Service (USPS), with tracking number 9405511206204779635525. According to the USPS web site, the letter was delivered on June 24, 2024. A copy of the USPS confirmation of delivery is attached hereto as **Exhibit D** and incorporated herein by this reference. I received no response to this letter either.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 31st day of March, 2025 at Tacoma, Washington.

/ *Mark D. Miller* /
MARK D. MILLER