**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br><br>**DECLARATION OF SARAH WHEELER IN SUPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**NOTICE ON MOTION CALENDAR MARCH 31, 2025** |

I, Sarah Wheeler, declare:

1. I am employed as a project manager at Green Builders LLC, a position I have held since 2021. Green Builders LLC is a licensed contractor in the State of Washington and is in the business of providing residential and commercial building construction, remodeling and repair services.

2. In the spring of 2024, between May 14-17, 2024, our office received a wave of unexpected telephone calls from third parties. During that time, I received several phone calls each day from people who were returning a call from "Green Builders". Each of these callers had the same story: that they had a missed call that had gone to voice mail; that when they played

back the voice mail, the message was from "Green Builders"; and that when they did Google internet search for "Green Builders", it turned up our web site, resulting in the call to us.

3. Most of these callers asked that "we" stop calling them. Some of them called to let us know that "we" had called the wrong person because they had not asked for any remodeling to be done. Some of the callers were very upset and irate that we "keep calling them". In all cases I kindly informed them that we were Green Builders LLC, that we were not the ones calling them, and that we are not affiliated with USA Green Builders.

4. During the above wave of calls, on May 15, 2024, I called one of the numbers for "Green Builders" that had been provided to me by a caller. A recorded message played as soon as the number was dialed that said something along the lines of "thank you for calling the number one choice in home improvement, we'll be with you shortly." A male voice then answered the phone, and said something to the effect of "Yeah, hi, I believe Michael might've left you a message about a potential project." He did not introduce himself or his company or ask my name or phone number or any other information. He said his name was Frank and that he was scheduling the estimates for Michael. I asked what his company name was, and he said "Green Builders." He then described the business as a mid-level construction company that does anything, roofing, painting, decks, flooring, driveways, literally anything. I asked what city they are out of, and they said they're based in South Seattle but will go literally anywhere. I asked if they had a website that I could take a look at, and they said "if you Google Green Builders, it's the first thing that pops up, the very first one." While on the phone, I Googled "Green Builders" and asked him if it was Green Builders in Maple Valley, and he said "yes". I then asked if it was another one that came up on the search, "USA Green Builders". He then said, "Yes, USA, that's the one."

5. I have received numerous other similar calls over time, the most recent being in February, 2025.

///

6. Based on that wave of calls and the above conversation I had with a representative of USA Green Builders, my conclusion was that USA Green Builders had contracted with a telemarketing firm to make a series of cold calls, and that was why our business received so many inquiries within a short time frame. Based on my telephone call, it was clear that their own representative was confused as to which business was which.

7. As noted above, the confusion caused by the similarity in business names has resulted in our receiving many angry calls from potential customers, resulting in injury to the goodwill and business reputation of Green Builders LLC.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 31st day of March, 2025 at Ilwaco, Washington.

/__________________________/
SARAH WHEELER