**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br><br>**DECLARATION OF DOUG HUTTON IN SUPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**NOTICE ON MOTION CALENDAR MARCH 31, 2025** |

I, Doug Hutton, declare:

1. I am a resident of Renton, Washington. In September of 2024, I entered into a contract with Green Builders LLC to remodel the kitchen and a bathroom at my home.

2. After the work was underway, I received a call out of the blue from a business that identified themselves as "Green Builders" asking if I wanted to have remodeling work done. In response, I said something to the effect of "don't you know you are already doing work for me?" The person on the line didn't say "no", but said something to the effect that maybe they had me on their schedule wrong. It was obvious to me that they knew nothing about the remodel work being done on my home. At no time did the caller state that they were a different company

than Green Builders LLC, or that their name was anything other than simply "Green Builders". I was offended by this attempt to intentionally defraud me.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 31st day of March, 2025 at Renton, Washington.

/ H Douglas Hutton /
DOUG HUTTON