UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

* * *

| | |
|---|---|
| GREEN BUILDERS LLC, a Washington limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>USA GREEN BUILDERS CORPORATION, a Washington corporation,<br><br>*Defendant.* | Case No. 2:24-cv-1469-TLF<br><br>**DECLARATION OF NORMA JEAN HUNSAKER IN SUPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**NOTICE ON MOTION CALENDAR MARCH 31, 2025** |

I, Norma Jean Hunsaker, declare:

1. I am a resident of Newcastle, Washington. During the fall of 2023, I made several calls to local contractors seeking bids for some remodeling work at my home.

2. In April or May of 2024, I received a voice message from a business that identified themselves as "Green Builders" asking if I wanted to have remodeling work done. I did not recall previously calling Green Builders for a bid. But, since the remodeling work had not yet been done, I called them back. I asked for the person who had called me, but was told he was not available. Instead, I was connected with someone named Ian. I talked with Ian and set up a date for him to come out and bid my project, on May 16, 2024. He did not show up. I then called

back to find out what had happened, and asked to speak to Ian. I was told Ian was not available and was sent to someone else. During this call I heard a lot of other conversations going on in the background. It sounded like a call center. After being switched from person to person, I decided I was not interested in having them bid the job, and hung up. At no time did any of the people I talked to refer to their business as anything other than "Green Builders".

3. After this exchange of calls, I did a Google search for "Green Builders" and found Green Builders LLC in Maple Valley. I called and spoke to someone named Sarah. I asked to speak with Ian, and was told that they had no employee by that name. I told Sarah that I had tried to make an appointment with Ian at Green Builders. In reply, she said that her business was Green Builders LLC, and that there was another business called USA Green Builders. This was confusing to me since none of the people I talked to at the other Green Builders called themselves "*USA*" Green Builders.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 31st day of March, 2025 at Newcastle, Washington.

/ Norma Jean Hunsaker
NORMA JEAN HUNSAKER



SIERRA IP LAW
1201 PACIFIC AVE., STE. 600
TACOMA, WA 98402